# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TIMOTHY RODENIUS AND THE
PEOPLE,

        Petitioners

          v.

COMMONWEALTH OF PENNSYLVANIA
AND MAX BAER,

        Respondents

: No. 95 WM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of *Quo Warranto* and Mandamus is **DENIED**.

    Messrs. Justice Eakin and Baer did not participate in the consideration or decision of this matter.